**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00125-CV

---

## IN RE GERALD LEE RICKS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14-CV-1093**

---

## MEMORANDUM OPINION

On February 11, 2015, relator Gerald Lee Ricks filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Galveston County District Clerk to perform various services in furtherance of relator's prosecution of two *pro se* civil actions.

By statute, we have authority to issue a writ of mandamus against a judge of a district or county court in our court of appeals district, and as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a), (b) (West 2004). The Galveston County District Clerk is not a judge of a district or county court. And, relator has not made any attempt to demonstrate why issuance of the writ against the District Clerk is necessary to enforce our jurisdiction. Therefore, we have no jurisdiction to grant mandamus relief against the Galveston County District Clerk. *See, e.g.*, *In re Brannon*, Nos. 14-13-00297-CV, 14-13-00298-CV, 2013 WL 1632141, *2 (Tex. App.—Houston [14th Dist.] Apr. 16, 2013, orig. proceeding) (mem. op., per curiam); *In re Z.Q.*, No. 14-12-01109-CV, 2013 WL 55991, *1 (Tex. App.—Houston [14th Dist.] Jan. 3, 2013, orig. proceeding) (mem. op., per curiam).

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.